450 A.2d 1062

Commonwealth v. Westerfer, Appellant.

Petition for Allowance of Appeal
Denied Dec. 22, 1982.

Argued January 7, 1982. Linda DiCecco, Assistant Public Defender, for appellant; David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

Judgment of sentence affirmed.